DEBORAH M. SMITH
Acting United States Attorney

LARRY D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
AK Bar No. 8011068

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No. |
| ) | |
| Plaintiff,   ) | COUNT 1: |
| ) | UNLAWFUL POSSESSION OF A |
| ) | STOLEN FIREARM |
| vs.   ) | Vio. 18 U.S.C. §§ 922(j) and |
| ) | 924(a)(2) |
| ) | |
| RUSSELL DEAN CRONCE and   ) | COUNT 2: |
| SABASTION ALEXANDER GARDNER,   ) | THEFT FROM A FEDERALLY |
| ) | LICENSED FIREARM DEALER |
| Defendants.   ) | Vio. 18 U.S.C. §§ 922(u) and |
| ) | 924(a)(2) |
| ) | |

INDICTMENT

The Grand Jury charges that:

COUNT 1

On or about October 30, 2005, in Kenai, Alaska, within the District of Alaska, the

defendants, RUSSELL DEAN CRONCE and SABASTION ALEXANDER GARDNER,

knowingly possessed the following stolen firearms, which had been shipped in interstate or foreign commerce, before or after being stolen, knowing and having reasonable cause to believe the firearms were stolen:

1. Walther, Model P-22, Ser. No. N047197
2. Colt, Model 1911, .45 caliber; stainless steel: Ser. No. CV21326
3. Colt, Model 1911, .45 Caliber; Semi-Auto, stainless steel: Ser. No. CV21274
4. Steyr, M-9, 9MM Semi-Auto, Black: Ser. No. 027546
5. Steyr, M-9, 9MM Semi-Auto, Black: Ser. No. 027800
6. EAA Witness, .45 Caliber ACP, Semi-Auto, Black: Ser. No. EA26111
7. Glock, Model 17, 9MM Semi-Auto, 9MM: Ser. No. DYZ349
8. Strum Ruger, P-89, 9MM Semi-Auto: Ser. No. 313-96954

All of which is in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

## COUNT 2

On or about October 30, 2005, in Kenai, Alaska, within the District of Alaska, the defendants, RUSSELL DEAN CRONCE and SABASTION ALEXANDER GARDNER, stole or unlawfully took or carried firearms away from the premises of a person who is licensed to engage in the business of importing, manufacturing, or dealing in firearms,

any firearm in the licensee's business inventory that had been shipped in interstate or foreign commerce, including but not limited to the following firearms:

1. Walther, Model P-22, Ser. No. N047197

2. Colt, Model 1911, .45 caliber; stainless steel: Ser. No. CV21326

3. Colt, Model 1911, .45 Caliber; Semi-Auto, stainless steel: Ser. No. CV21274

4. Steyr, M-9, 9MM Semi-Auto, Black: Ser. No. 027546

//

//

//

//

    5.    Steyr, M-9, 9MM Semi-Auto, Black: Ser. No. 027800

    6.    EAA Witness, .45 Caliber ACP, Semi-Auto, Black: Ser. No. EA26111

    7.    Glock, Model 17, 9MM Semi-Auto, 9MM: Ser. No. DYZ349

    8.    Strum Ruger, P-89, 9MM Semi-Auto: Ser. No. 313-96954

All of which is in violation of Title 18, United States Code, Sections 922(u) and 924(a)(2).

A TRUE BILL.

/s   Grand Jury Foreperson
GRAND JURY FOREPERSON

/s Larry D. Card
LARRY D. CARD
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
Alaska Bar No. 8011068

/s Deborah M. Smith
DEBORAH M. SMITH
Acting United States Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: deb.smith@usdoj.gov

DATED:    March 22, 2006