IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of ) | |
| ) | Case No. 3:06-cr-00027-RRB-JDR |
| RUSSELL DEAN CRONCE, ) | |
| ) | WRIT OF HABEAS CORPUS AD |
| On Writ of Habeas Corpus ) | PROSEQUENDUM |
| ) | |
| _____ ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| DISTRICT OF ALASKA ) | |
| ) | |
| _____ ) | |

The President of the United States of America to:

State of Alaska Department of Corrections, United States Marshal, District of

Alaska, or his duly authorized representative.

GREETINGS:

        We command that you have the body of RUSSELL DEAN CRONCE,

by you imprisoned and detained as it is said, at Wildwood Correctional Center,

Kenai, Alaska, under safe and secure conduct, before the Judge of our District

Court within and for the District of Alaska, at Anchorage, Alaska, for scheduling

an arraignment/initial appearance, and other proceedings as the Court may desire,

thereafter and as necessary in <u>United States v. RUSSELL DEAN CRONCE</u>, Case

No. No. 3:06-cr-00027-RRB-JDR, now pending before said court, and that you

return said person to the State of Alaska Department of Corrections as soon as the

case may be disposed of, under safe and secure conduct.

This is a continuing Writ on this date and such other times as the court

directs.

WITNESS the Honorable Judge of the United States District Court of

the District of Alaska, at the Federal Building and U.S. Courthouse in the City of

Anchorage, Alaska on this _____ day of March, 2006.


IDA ROMACK
CLERK, U.S. DISTRICT COURT


By: _____
                DEPUTY CLERK


*U.S. v. CRONCE*
3:06-cr-00027-RRB