IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of<br><br>RUSSELL DEAN CRONCE,<br><br>On Writ of Habeas Corpus | )   Case No.  3:06-cr-00027-RRB<br>)<br>)   ORDER FOR ISSUANCE OF<br>)   WRIT OF HABEAS CORPUS<br>)   AD PROSEQUENDUM<br>)<br>)<br>) |

On the Petition of Larry D. Card, Assistant United States Attorney, IT IS ORDERED that the Clerk of this court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the State of Alaska Department of Corrections to bring RUSSELL DEAN CRONCE, now being held at Wildwood Correctional Center, Kenai, Alaska, before this Court as a defendant in a certain cause now pending before this Court, to wit: United States of America v. RUSSELL DEAN CRONCE, Case No. 3:06-cr-00027-RRB-JDR, for the scheduling of an arraignment/initial appearance in Anchorage, Alaska and such other proceedings as the court may desire, said person to be returned to the said State of Alaska Department of Corrections, soon as the case is disposed of.

DATED this _____ day of March, 2006, at Anchorage, Alaska.

_____
UNITED STATES MAGISTRATE  JUDGE