```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.   RUSSELL DEAN CRONCE     CASE NO. 3:06-cr-00027-01-RRB
Defendant: X Present X In Custody

BEFORE THE HONORABLE:           JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:          ROBIN M. CARTER

UNITED STATES' ATTORNEY:        LARRY CARD

DEFENDANT'S ATTORNEY:           M.J. HADEN - APPOINTED

U.S.P.O.:                       BARBARA BURTON

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT HELD 4/4/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:26 p.m. court convened.

X Copy of Indictment given to defendant; waived reading.

X Defendant sworn.

X Defendant advised of general rights. X Waived full advisement.

X Defendant advised of charges and penalties.

X Defendant stated true name:   Same as above      Age: 19

X Financial Affidavit **FILED.**
   X Federal Public Defender accepted appointment; FPD notified.

X PLEAS: Not guilty to counts 1-2 of the Indictment.

X Defendant detained/Detention Hearing set for **April 11, 2006 at 9:45a.m.** Order of Temporary Detention **FILED**.

X Pretrial motions due **April 19, 2006**  ; Order For the Progression of a Criminal Case **FILED**.

X Counsel advised no trial date has been set.

X OTHER: Counsel to meet and confer by 4/7/06.

At 3:39 p.m. court adjourned.

DATE: April 4, 2006           DEPUTY CLERK'S INITIALS:   rc