DEBORAH M. SMITH
Acting United States Attorney

LARRY CARD
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-1500
larry.card@usdoj.gov
Alaska Bar No. 8011068

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>RUSSELL DEAN CRONCE and<br>SABASTION ALEXANDER<br>GARDNER,<br><br>       Defendants. | Case  No.  3:06-CR-027(RRB)<br><br>DISCOVERY CONFERENCE<br>CERTIFICATE |

   This document certifies that the defendants, Russell Cronce and Sebastion

Gardner, through their counsel have requested discovery from the United States,

pursuant to Fed. R. Crim. P. 16, and that the United States provided discovery in

this case to the defendant on April 7, 2006 and will continue to provide other discovery as it becomes available.

    RESPECTFULLY submitted April 7, 2006, at Anchorage, Alaska.

        DEBORAH M. SMITH
        Acting United States Attorney


        <u>s/ Larry Card</u>
        Assistant U.S. Attorney
        Federal Building & U.S. Courthouse
        222 West Seventh Avenue, #9, Room 253
        Anchorage, Alaska  99513-7567
        Telephone: (907) 271-5071
        Facsimile: (907) 271-1500
        larry.card@usdoj.gov
        Alaska Bar No. 8011068

**CERTIFICATE OF SERVICE**
I hereby certify that on April 6, 2006, a copy of the foregoing,
was served, electronically, on:

MJ Haden
Assistant Federal Defender

and

John C. Pharr


<u>s/Larry Card</u>