M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RUSSELL DEAN CRONCE,<br><br>　　　　　Defendant. | Case No. 3:06-cr-0027-RRB<br><br>**UNOPPOSED MOTION ON SHORTENED TIME TO FURTHER CONTINUE DETENTION HEARING** |

　　　　　Defendant, Russell Dean Cronce, by and through counsel M. J. Haden, Staff Attorney, moves this court on shortened time for a further continuance of the detention hearing in the above-styled matter currently scheduled for Friday, April 14, 2006.  This motion is unopposed by Assistant United States Attorney Larry Card.

　　　　　On Tuesday, April 11, 2006, the parties appeared before the court for a detention hearing.  During the hearing the government made reference to several audio recordings alleged to contain statements of Mr. Cronce relevant to the detention issue.  Although the government had supplied Mr. Cronce with a brief summary of the statements, the government had not given Mr. Cronce actual copies of the recordings.  Mr. Cronce

moved for a continuance until he could review the audio recordings. The court rescheduled the hearing until Friday, April 14, 2006.

At approximately 4:30 p.m. on Tuesday, April 11, 2006, undersigned counsel received the government's copies of the audio CDs for duplication. The Office of the Federal Public Defender is in process of duplicating the CDs. Undersigned counsel anticipates that duplication will be completed by noon time on Wednesday, April 12, 2006.

Undersigned counsel has two proceedings on Wednesday morning in Anchorage and then plans to travel to Fairbanks, Alaska. Counsel has a bench trial scheduled for Thursday, April 13, 2006, in Fairbanks and will not return to Anchorage until late evening. In order to provide Mr. Cronce with effective assistance of counsel, it is necessary to review all 15 CDs to determine that the statements alleged by the government are not taken out of context. Undersigned counsel estimates that there is approximately 15 hours of recording. Thus, due to the volume of recordings and counsel's scheduling issues, Mr. Cronce requests that the detention hearing be further continued until after April 18, 2006.

DATED this 12th day of April, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on April 12, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Larry D. Card, Esq.

/s/ M. J. Haden