UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>RUSSELL DEAN CRONCE,<br><br>            Defendant. | Case No. 3:06-cr-0027-RRB<br><br>**PROPOSED<br>ORDER CONTINUING<br>DETENTION HEARING** |

After due consideration of defendant's motion on shortened time, the court GRANTS/DENIES the motion.

After due consideration of defendant's motion to further continue the detention hearing, the court GRANTS/DENIES the motion. The detention hearing in the above-styled matter currently scheduled for 9:30 a.m., Friday, April 14, 2006, is hereby vacated. The detention hearing is rescheduled for April ____, 2006, at _____ a.m./p.m.

DATED April _____, 2006, in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge