UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>RUSSELL DEAN CRONCE,<br><br>                Defendant. | Case No. **3:06-cr-00027-RRB-JDR**<br><br>**ORDER CONTINUING<br>DETENTION HEARING** |

        After due consideration of defendant's motion on shortened time, the court GRANTS the motion.

        After due consideration of defendant's motion to further continue the detention hearing, the court GRANTS the motion. The detention hearing in the above-styled matter currently scheduled for 9:30 a.m., Friday, April 14, 2006, is hereby vacated. The detention hearing is rescheduled for April 21, 2006, at 10:30 a.m.

        DATED this 12th day of April, 2006, at Anchorage, Alaska.

                                        /s/ John D. Roberts
                                        JOHN D. ROBERTS
                                        United States Magistrate Judge