Michael D. Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>RUSSELL DEAN CRONCE,<br><br>            Defendant. | Case No. 3:06-cr-0027-RRB<br><br>UNOPPOSED MOTION TO ACCEPT ONE DAY LATE FILED MOTIONS TO SUPPRESS |

      Defendant, Russell Dean Cronce, by and through counsel, Michael D. Dieni, Assistant Federal Defender, moves this court for an order accepting Mr. Cronce's motions to suppress one day late filed.  This motion is made because undersigned counsel has been beset with computer problems resulting from the move of his office to the new current address.  This motion is supported by the attached affidavit of counsel.

      Assistant United States Attorney Larry Card has agreed to non-oppose this motion.

DATED this 20th day of April, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on April 20, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Larry D. Card, Esq.

/s/ Michael D. Dieni