Michael D. Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>RUSSELL DEAN CRONCE,<br><br>　　　　　　　Defendant. | Case No. 3:06-cr-0027-RRB<br><br>AFFIDAVIT OF COUNSEL |

STATE OF ALASKA          )
                         ) ss.
THIRD JUDICIAL DISTRICT  )

　　　　Michael D. Dieni, being first duly sworn upon oath, deposes and states:

　　　　1.　　I am the attorney in the above-captioned case.

　　　　2.　　Recently the Federal Defender for the District of Alaska moved its offices to a new location.  The effort to prepare and timely file Mr. Cronce's motions was thwarted by computer problems.  On the due date, April 19, 2006, all internet connections, including the ability to use Westlaw for research and to use ECF for filing purposes, temporarily slowed to a point of near total failure.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Michael D. Dieni

SUBSCRIBED AND SWORN to before me this 20th day of April, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 3/14/2007

STATE OF ALASKA
NOTARY PUBLIC
Lenora L. Roehling
My Commission Expires: March 14, 2007

2