MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs RUSSELL DEAN CRONCE   CASE NO. 3:06-CR-00027-01-RRB
Defendant: X Present   X In Custody

BEFORE THE HONORABLE   JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:   CAROLINE EDMISTON

UNITED STATES ATTORNEY:   LARRY CARD

DEFENDANT'S ATTORNEY:   MIKE DIENI

U.S.P.O.:   SCOTT KELLEY

PROCEEDINGS: ARRAIGNMENT ON FIRST SUPERSEDING INDICTMENT / CONTINUED DETENTION HEARING Held 04/21/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:36 a.m. court convened.

 X Copy of First Superseding Indictment given to defendant: waived reading.

 X Defendant advised of general rights, charges and penalties; Waived full advisement.

 X PLEAS:   X Not Guilty to Counts 1, 2, 3, & 4 of the First Superseding Indictment.

 X Defendant detained; Order of Detention Pending Trial **FILED.**

 X Pretrial motions due **May 8, 2006.**

 X OTHER: Court and counsel heard re Mr. Dieni's possible conflict with trial date; court directed Mr. Dieni to file a written motion with the District Judge. Court and counsel heard re Defendant's pending Unopposed Motion To Accept One Day Late Filed Motions To Suppress; **GRANTED.**

At 10:45 a.m. court adjourned.


DATE:   April 21, 2006   DEPUTY CLERK'S INITIALS:   Ce