

RECEIVED

APR 24 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of )<br>)<br>RUSSELL DEAN CRONCE, )<br>)<br>On Writ of Habeas Corpus )<br>)<br>_____ )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>DISTRICT OF ALASKA )<br>)<br>_____ ) | Case No. 3:06-cr-00027-RRB-JDR<br><br>**WRIT OF HABEAS CORPUS AD<br>PROSEQUENDUM** |

The President of the United States of America to:

State of Alaska Department of Corrections, United States Marshal, District of

Alaska, or his duly authorized representative.

GREETINGS:

      We command that you have the body of RUSSELL DEAN CRONCE,

by you imprisoned and detained as it is said, at W

      nder safe and secure conduct, before the Judge of our District

Court within and for the District of Alaska, at Anchorage, Alaska, for scheduling

an arraignment/initial appearance, and other proceedings as the Court may desire,

thereafter and as necessary in <u>United States v. RUSSELL DEAN CRONCE</u>, Case No. No. 3:06-cr-00027-RRB-JDR, now pending before said court, and that you return said person to the State of Alaska Department of Corrections as soon as the case may be disposed of, under safe and secure conduct.

  This is a continuing Writ on this date and such other times as the court directs.

  WITNESS the Honorable Judge of the United States District Court of the District of Alaska, at the Federal Building and U.S. Courthouse in the City of Anchorage, Alaska on this 29TH day of March, 2006.

RETURNED
ON BOND FOR
STATE OF ALASKA
PICKED UP ON USMS
WARRANT. IN USMS
CUSTODY IN ANC.
[signature] 4/4/2006

IDA ROMACK
CLERK, U.S. DISTRICT COURT

By: [signature]
  DEPUTY CLERK

Certified to be a true and correct copy of original filed in my office.
Dated 3-29-06
IDA ROMACK, Clerk
[signature] Deputy

U.S. v. CRONCE
3:06-cr-00027-RRB