Michael D. Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>RUSSELL DEAN CRONCE,<br><br>　　　　　　　Defendant. | Case No. 3:06-cr-0027-RRB<br><br>MOTION TO SUPPRESS EVIDENCE FROM STOP AND ENSUING SEARCH OF AUTOMOBILE |

　　　　　Defendant, Russell Dean Cronce, by and through counsel, Assistant Federal Defender Michael Dieni, moves this court for an order suppressing all evidence seized as a result of the stop and search of an automobile on November 6, 2006.  The stop and search of the automobile occurred in violation of the Fourth Amendment of the United States Constitution.  This motion is supported by the separately filed memorandum of law.  In the event the government objects to this motion, Mr. Cronce requests an evidentiary hearing.

DATED this 20th day of April, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on April 25, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Larry D. Card, Esq.

/s/ Michael D. Dieni