UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:06-cr-0027-RRB |
| Plaintiff, | |
| vs. | PROPOSED |
| RUSSELL DEAN CRONCE, | ORDER SUPPRESSING EVIDENCE |
| Defendant. | |

After due consideration of defendant's Motion to Suppress Evidence from Stop and Ensuing Search of Automobile, the court GRANTS/DENIES the motion.  All evidence seized as the direct result of the November 6, 2005, stop of the vehicle identified as a Jeep Cherokee, or the ensuing fruit of the search, is suppressed.

DATED _____, 2006, in Anchorage, Alaska.


_____
Ralph R. Beistline
United States District Court Judge