Michael D. Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>RUSSELL DEAN CRONCE,<br><br>            Defendant. | Case No. 3:06-cr-0027-RRB<br><br>UNOPPOSED MOTION TO CONTINUE TRIAL |

      Defendant, Russell Dean Cronce, by and through counsel Michael D. Dieni, Assistant Federal Defender, moves this court for an order continuing the trial for at least one month.  This motion is unopposed by Assistant United States Attorney Larry Card.  This is Mr. Cronce's first motion for a continuance of trial.  Trial currently is set for June 6, 2006.

      This motion is made to give counsel for Mr. Cronce an adequate opportunity to review discovery.  The case involves a large volume of jail house recordings from both defendants.  Counsel will not have an opportunity to review all of the relevant materials in advance of the prospective trial date.

Presently, a motion to suppress is pending, and it is expected that this motion will result in at least one month of excludable delay. Speedy trial, therefore, in any event, will not be prejudiced by a one month delay of trial.

DATED this 1st day of May, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on May 1, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Larry D. Card, Esq.

/s/ Michael D. Dieni