UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>RUSSELL DEAN CRONCE,<br><br>               Defendant. | Case No. 3:06-cr-0027-RRB<br><br>PROPOSED<br>ORDER CONTINUING TRIAL |

After due consideration of defendant's Unopposed Motion to Continue Trial, the court GRANTS/DENIES the motion. Trial in this matter, currently set for June 6, 2006, is rescheduled to _____, 2006.

       DATED _____, 2006, in Anchorage, Alaska.

                                                                                           _____<br>                                                                              Ralph R. Beistline<br>                                                                   United States District Court Judge