Michael D. Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>RUSSELL DEAN CRONCE,<br><br>     Defendant. | Case No. 3:06-cr-0027-RRB<br><br>MOTION TO RESCHEDULE<br>EVIDENTIARY HEARING |

Defendant, Russell Dean Cronce, by and through counsel Michael D. Dieni, Assistant Federal Defender, moves this court for an order rescheduling an evidentiary hearing now set for May 9, 2006. Trial is now set for June 6, 2006. It should be further noted that Mr. Cronce has a motion to continue his trial pending before Judge Beistline.

Undersigned counsel has an unavoidable schedule conflict on May 9, 2006, due to his obligations as trial counsel for the defendant in *United States v. Holly Matson*, Case No. 3:05-cr-100-RRB-JDR. Ms. Matson's trial is set to begin May 8, 2006. The case has been pending since October 2005. There is no reason at this time to believe it will

settle short of trial.  The *Matson* trial should last at least four days and involves a potential large number of out of town and out of district witnesses.

DATED this 1st day of May, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on May 1, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Larry D. Card, Esq.

/s/ Michael D. Dieni