UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RUSSELL DEAN CRONCE,<br><br>    Defendant. | Case No. 3:06-cr-0027-RRB<br><br>PROPOSED<br>ORDER RESCHEDULING<br>EVIDENTIARY HEARING |

After due consideration of defendant's Motion to Reschedule Evidentiary Hearing, the court GRANTS/DENIES the motion. The evidentiary hearing currently set for 9:30 a.m. on May 9, 2006, is rescheduled for _____, 2006, at _____ a.m./p.m.

DATED _____, 2006, in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge