## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

_USA_  v.  _CRONCE and GARDNER_

DATE:   _May 1, 2006_   CASE NO.   _3:06-CR-0027-RRB_

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**SCHEDULING HEARING**

===============================================================

     A  hearing  on  Defendant  Cronce's  Unopposed  Motion  to Continue Trial (Docket 46) will be held on **Monday, May 15, 2006, at 10:00 a.m.**, in Courtroom 2, in Anchorage, Alaska.