AO 442 (Rev. 12/85) Warrant for Arrest

## UNITED STATES DISTRICT COURT
### DISTRICT OF ALASKA

RECEIVED
U.S. MARSHALS SERVICE
RECEIVED
ALASKA

MAY 0 4 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>RUSSELL DEAN CRONCE | **WARRANT FOR ARREST**<br>CASE NUMBER: 3:06-cr-00027-01 RRB |

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Russell Dean Cronce and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[XXX] Indictment   [] Information   [] Complaint   [] Order of Court   [] Violation Notice   [] Probation Violation Petition

charging him or her with (brief description of offense):
18:922(j), 924(a)(2) - Unlawful Possession of a Stolen Firearm - Count 1
18:922(u), 924(a)(2) - Theft From a Federally Licensed Firearm Dealer - Count 2

Ida Romack
Name of Issuing Officer

by _____ Deputy Clerk
Signature of Issuing Officer

Bail Fixed at $ to be determined

Clerk of Court
Title of Issuing Officer

March 23, 2006 at Anchorage, AK
Date and Location

by  John D. Roberts

---

| RETURN ON EXECUTED |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at: _____ |
| WACAP ISSUED |

| DATE RECEIVED<br>24 MAR 2006<br>DATE OF ARREST RTN<br>29 MAR 2006 | NAME AND TITLE OF ARRESTING OFFICER<br>STACY MOLTON<br>SAUSA | SIGNATURE OF ARRESTING OFFICER |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: Russell Dean Cronce

ALIAS: _____

LAST KNOWN RESIDENCE

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: 6'0    WEIGHT: 180 lbs

SEX: Male    RACE: White

HAIR: Brown    EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: N/A

INVESTIGATIVE AGENCY AND ADDRESS: _____