UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


      USA   v.   CRONCE and GARDNER

DATE:   May 3, 2006   CASE NO.   3:06-CR-0027-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
                    **RESCHEDULING TIME FOR HEARING**

___

      Due to a scheduling conflict, the **time** for the hearing on the motion to continue trial, set for **Monday, May 15, 2006**, is **changed** from 10:00 a.m. to **8:30 a.m.**, in Courtroom 2, in Anchorage, Alaska.