Michael D. Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>RUSSELL DEAN CRONCE,<br><br>          Defendant. | Case No. 3:06-cr-0027-RRB<br><br>MOTION TO SUPPRESS SEARCH OF MR. CRONCE'S CAR |

       Defendant, Russell Dean Cronce, by and through counsel Michael D. Dieni, Assistant Federal Defender, moves this court for an order suppressing the search of a car located at Mr. Cronce's residence.  This motion is based upon the Fourth Amendment and is submitted in conjunction with the attached memorandum of law.

DATED this 12th day of May, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on May 12, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Larry D. Card, Esq.

/s/ Michael D. Dieni