UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>RUSSELL DEAN CRONCE,<br><br>             Defendant. | Case No. 3:06-cr-0027-RRB<br><br>PROPOSED<br>ORDER SUPPRESSING EVIDENCE |

After due consideration of defendant's Motion to Suppress Search of Mr. Cronce's Car, the court GRANTS/DENIES the motion. All evidence seized as the direct result of the search of Mr. Cronce's car, or the ensuing fruit of the search, is suppressed.

DATED _____, 2006, in Anchorage, Alaska.

_____
Ralph R. Beistline
United States District Court Judge