# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

UNITED STATES v. RUSSELL DEAN CRONCE

Case No. **3-06-cr-00027-01-RRB-JDR**

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**

Jo Ann Mingo, Judicial Assistant - Magistrate Judge's Chambers

## MINUTE ORDER FROM CHAMBERS

**RE: Motion to Suppress Search of Defendant's Car, Docket No. 54**

Pursuant to a scheduled evidentiary hearing this date regarding a separate motion to suppress filed at Docket No. 42, the government stated orally on the record that it does not oppose defendant's motion to suppress the search of Mr. Cronce's Car, filed at Docket No. 54. Accordingly, the motion to suppress filed at Docket No. 54 should be granted. IT IS SO RECOMMENDED. This matter will now be forwarded to the assigned district judge for his determination.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

May 15, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1). No one should telephone, fax or write to chambers regarding pending cases. The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

T:\2006\06 CR\3-06-cr-00026-01-RRB-JDR CRONCE @54 FINAL RR re Mtn to Suppress.wpd