UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>RUSSELL DEAN CRONCE,<br><br>        Defendant. | Case No. 3:06-cr-0027-RRB<br><br>~~PROPOSED~~<br>ORDER SUPPRESSING EVIDENCE |

After due consideration of defendant's Motion to Suppress Search of Mr. Cronce's Car, the court **GRANTS**/DENIES the motion. All evidence seized as the direct result of the search of Mr. Cronce's car, or the ensuing fruit of the search, is suppressed.

DATED May 16, 2006, in Anchorage, Alaska.

Ralph R. Beistline
United States District Court Judge