DEBORAH M. SMITH
Acting United States Attorney

LAWRENCE D. CARD
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
AK Bar No. 8011068

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-00027-RRB-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | **GOVERNMENT'S NOTICE OF** |
| vs. | ) | **NO SUPPLEMENTAL** |
| | ) | **RESPONSES TO DEFENDANT** |
| | ) | **CRONCE'S MOTION TO** |
| RUSSELL DEAN CRONCE, | ) | **SUPPRESS** |
| | ) | |
| | ) | |
| Defendant. | ) | |

The government does not intend to file any additional pleadings in response to the defendant's supplemental pleading.  The evidentiary hearing set for May 22, 2006, will answer any questions remaining in issue.

//

RESPECTFULLY SUBMITTED this 17th day of May, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/ Lawrence D. Card
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: larry.card@usdoj.gov
Alaska Bar No. 8011068

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2006,
a copy of the foregoing was served
electronically on:

Michael Dieni
Asst. Federal Public Defender

s/ Lawrence D. Card