(Rev 5/06)                              **LIST OF EXHIBITS**

-------------------------------------------------------------------------------------------------------------------

Case No. 3:06-cr-00027-01-RRB _____ Magistrate Judge: **JOHN D. ROBERTS** _____

Title _____ U.S.A. _____

vs.
            Russell Dean Cronce _____

Dates of Hearing/Trial: _____ May 26, 2005 _____

Deputy Clerk/Recorder: _____ April Karper _____

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Larry Carel | Michael Dieni |
| | |
| | |

--------------------------------------------------------------**EXHIBITS**--------------------------------------------------------------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| | | | | A | ✓ | 5b/06 | Officer Langham's Report |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |