Michael D. Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>RUSSELL DEAN CRONCE,<br><br>                Defendant. | Case No. 3:06-cr-0027-RRB<br><br>OBJECTION TO MAGISTRATE JUDGE'S RECOMMENDATION ON DEFENDANT'S MOTION TO SUPPRESS EVIDENCE |

Defendant, Russell Dean Cronce, by and through counsel Michael D. Dieni, Assistant Federal Defender, hereby objects to the magistrate judge's recommendation to deny Mr. Cronce's motion to suppress evidence.  Mr. Cronce objects to the proposed findings of fact and conclusions of law set forth by the magistrate judge at Docket No. 66.

In summary, Mr. Cronce objects to the magistrate judge's treatment of the caller as a known citizen informant.  The facts of the case support both the proposition that the caller should be treated as if he were an anonymous informant and a part of the "criminal milieux."  Nothing the caller reported corroborated known evidence implicating either Mr. Cronce or Mr. Gardner in the underlying burglary offense.  The corroboration

ascertained by police prior to the stop, as noted in the magistrate judge's recommendation, went solely to neutral, non-incriminating information that had no relevance to the question of whether Mr. Cronce and Mr. Gardner were involved in a burglary or possessed stolen guns.  Furthermore, the police were unable to corroborate that either Mr. Cronce or Mr. Gardner were in the vehicle prior to police making the stop of the vehicle.  Due to the tinted windows, police could not see inside the vehicle well enough to determine whether Mr. Cronce or Mr. Gardner were in the car.

For all of the above reasons, and those already set forth in argument and evidence at the suppression hearing, police stopped the vehicle without sufficient reasonable suspicion or probable cause, in violation of the Fourth Amendment.

DATED this 16th day of June, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on June 16, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Larry D. Card, Esq.

/s/ Michael D. Dieni