UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  USA  </u>  v.  <u>  CRONCE and GARDNER  </u>

DATE:  <u>  June 19, 2006  </u>  CASE NO.  <u>  3:06-CR-0027-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **RESCHEDULING NOTICE**

---

Due to a judicial scheduling conflict, the final pretrial conference set for July 14, 2006, is **RESCHEDULED** and will be held on **Thursday, July 13, 2006, at 9:00 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. RESCHEDULING HEARING