UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        Plaintiff,<br>vs.<br><br>RUSSELL DEAN CRONCE,<br><br>        Defendants. | 3:06-CR-00027-RRB-JDR<br><br>**FINAL RECOMMENDATION ON DEFENDANT'S MOTION TO SUPPRESS EVIDENCE**<br><br>(Docket Entries 42 & 53) |

       In a recommendation filed at Docket No. 66, I advised that defendant Cronce's Motion to Suppress be denied. The defendant timely filed objections at Docket No. 67. The government did not file a response. After careful review of the objections, I decline to modify the original recommendation. Accordingly, this matter will be forwarded to the assigned district judge for determination.

       DATED this 30th day of June, 2006 at Anchorage, Alaska.

                               /s/ John D. Roberts
                               JOHN D. ROBERTS
                               United States Magistrate Judge