IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>RUSSELL DEAN CRONCE and SABASTION ALEXANDER GARDNER,<br><br>        Defendants. | Case No. 3:06-cr-0027-RRB<br><br>**ORDER DENYING MOTION TO SUPPRESS EVIDENCE** |

      Before the Court at Docket 42 is Defendant RUSSELL DEAN CRONCE with a Motion to Suppress Evidence from Stop and Ensuing Search of Automobile.  The Court has reviewed the relevant pleadings, including the Magistrate Judge's initial Recommendation at Docket 66, Defendant's Objections at Docket 67, and the Final Recommendation at Docket 70.

      Under the totality of circumstances existing in this matter, the Court concludes that the police stop of the vehicle here in question was based upon reasonable suspicion of criminal activity and that probable cause existed to justify the stop. Defendant's Motion to Suppress is therefore **DENIED**.

      ENTERED this 5th day of July, 2006.

                                        /s/ RALPH R. BEISTLINE
                                        UNITED STATES DISTRICT JUDGE