Michael D. Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RUSSELL DEAN CRONCE,<br><br>　　　　　Defendant. | Case No. 3:06-cr-0027-RRB<br><br>**NOTICE OF INTENT TO CHANGE PLEA** |

　　　　Defendant, Russell Dean Cronce, by and through counsel Michael D. Dieni, Assistant Federal Defender, hereby gives notice of his intent to change his plea in the above-captioned case, pursuant to a written plea agreement.  Mr. Cronce respectfully requests the court to schedule a change of plea hearing at a date and time convenient to the court and the parties.

DATED this 11th day of July 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:
I certify that on July 11, 2006,
a copy of the foregoing document
was served electronically on:

David A. Nesbett, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

/s/ Michael D. Dieni