UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

  USA   v.  RUSSELL DEAN CRONCE 

DATE:   July 11, 2006   CASE NO.   3:06-CR-0027-RRB 

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS
SCHEDULING HEARING**

---

Defendant has filed a Notice of Intent to Change Plea at Docket 73. A change of plea hearing will be held on **Monday, July 17, 2006, at 1:30 p.m.**, in Courtroom 2 in Anchorage, Alaska. The final pretrial conference scheduled for July 13 and the jury trial for July 17, 2006, are **vacated**.

M.O. SCHEDULING HEARING