Michael D. Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>RUSSELL DEAN CRONCE,<br><br>                Defendant. | Case No. 3:06-cr-0027-RRB<br><br>DEFENDANT'S SENTENCING MEMORANDUM |

Defendant, Russell Dean Cronce, by and through counsel Michael D. Dieni, Assistant Federal Defender, submits his sentencing memorandum.

    1.    Introduction

Mr. Cronce joins in the pre-sentence report recommendation of 24 months of incarceration to be followed by supervised release. This recommendation is consistent with the plea agreement, in which Mr. Cronce agreed to a sentence within the applicable guidelines. The sentencing guidelines stand at an advisory range of 24 to 30 months.

Based upon review of the applicable 18 U.S.C. § 3553 factors, as discussed below, a sentence at the low end of the range is appropriate.

  2. *Mr. Cronce is a youthful offender best treated outside of jail*

At age 19, with no significant criminal history, Mr. Cronce has precisely the type of background and circumstances which argue for a smaller jail sentence followed by counseling. Mr. Cronce does have an established history of substance abuse. The present case, which involved a small personal use level meth lab, is an obvious outgrowth of Mr. Cronce's historical drug problem. It is anticipated that he will be treated and monitored for drug use as part of supervised release.

  3. *The offense caused no long lasting harm*

The offense itself, a late night smash and grab of guns from a store, and the possession of a small quantity of illegal drugs, certainly calls for a serious response. Nevertheless, the case did not involve violence or the actual risk of harm to anyone other than the defendants themselves.

  4. *The sentencing guidelines are consistent with a 24 month sentence*

As noted above, the applicable sentencing guideline range is 24 to 30 months. The proposed 24 month sentence, therefore, is consistent with the sentencing guidelines.

  5. *Restitution needs to be paid*

As part of the plea agreement, Mr. Cronce agreed to be jointly and severally liable for damage to the store and for any guns that were missing, and he intends to meet that obligation. He does have some concern about the basis for the proposed $5,200. He has requested an accounting for the part of the proposed $5,200 that relates to the guns. Once that is received, it is likely that the parties can agree to a final figure.

### 6. *Conclusion*

The past ten months has been the first time Mr. Cronce has served hard time in jail, and it also represents the first time in many years that he has maintained a significant period of total sobriety. A lengthy additional period of incarceration is unnecessary. The proposed 24 month sentence is more than adequate to address the seriousness of the offense.

DATED this 21st day of September, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph: (907) 646-3400
Fax: (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on September 21, 2006, a copy of the
foregoing document, with attachments, was
served electronically on:

David A. Nesbett, Esq.

/s/ Michael D. Dieni