MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __RUSSELL DEAN CRONCE__ CASE NO. _3:06-CR-00027-01-RRB_
Defendant:_X_Present  _X_In Custody

BEFORE THE HONORABLE:____RALPH R. BEISTLINE_____

DEPUTY CLERK/RECORDER:____SUZANNETTE DAVID_____

UNITED STATES ATTORNEY:___THOMAS BRADLEY_____

DEFENDANTS ATTORNEY:_____MICHAEL DIENI_____

U.S.P.O.:_____BARBARA BURTON_____

PROCEEDINGS: IMPOSITION OF SENTENCE HELD 09/28/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:04 a.m. court convened.

_X_Notice of Appeal form given to defense counsel.

_X_Court stated findings/reasons pursuant to sentencing
guidelines.

_X_Imprisonment for a period of ___24 months on Count 1 and 24___
months on Count 3, to be served concurrent.

_X_Defendant placed on supervised release for a period of 3 years
on Count 1 and 3 years on Count 3, to be served concurrent under
the usual terms and conditions with special conditions of
supervised release as stated in the judgment.

_X_Special Assessment $_200.00_____, due ___Immediately._

_X_Restitution $_4,206.28___, to be paid to_John Brinegar/Trapper_
John's Gunstore in the amount of $3,404.12 and to C-Plaza in
Kenai, AK in the amount of $802.16.

_X_Defendant remanded to the custody of the U.S. Marshal.

_X_On motion of the U.S. Attorney, remaining counts_2 and 4__ of
the First Superseding Indictment dismissed.

_X_OTHER:_Court and counsel heard re restitution, presentence_
report, sentencing recommendations; Payment coupon given to
defendant; Court advised defendant of appeal rights.

At 9:29 a.m. court adjourned.

DATE:_SEPTEMBER 28, 2006_____DEPUTY CLERK'S INITIALS:_SCD_____