Michael D. Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>RUSSELL DEAN CRONCE,<br><br>               Defendant. | Case No. 3:06-cr-0027-RRB<br><br>NON-OPPOSED MOTION TO CORRECT CLERICAL ERROR IN JUDGMENT |

        Defendant, Russell Dean Cronce, by and through counsel Michael D. Dieni, Assistant Federal Defender, moves this court to issue an amended judgment correcting a clerical error in the judgment.  In particular, it is fully expected that co-defendant Sabastion Gardner will be jointly and severally liable for restitution in the same amount as Mr. Cronce.  Therefore, Mr. Cronce's judgment should state that the restitution value of $4,206.28 is owed jointly and severally with co-defendant Sabastion Gardner.  It appears that the appropriate box detailing this aspect of the judgment is set forth on the schedule of payments form.

This motion is non-opposed by Assistant United States Attorney David Nesbett.

DATED this 4th day of October, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on October 4, 2006, a copy of the foregoing document, with attachments, was served electronically on:

David A. Nesbett, Esq.

/s/ Michael D. Dieni