UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RUSSELL DEAN CRONCE,<br><br>　　　　　Defendant. | Case No. 3:06-cr-0027-RRB<br><br>~~PROPOSED~~<br>ORDER TO AMEND JUDGMENT |

After due consideration of defendant's Non-Opposed Motion to Correct Clerical Error in Judgment, the court GRANTS the motion.

The clerk shall issue an amended judgment regarding Mr. Cronce which states that the restitution value of $4,206.28 is owed jointly and severally with co-defendant Sabastion Gardner, by checking the appropriate box detailing this aspect of the judgment on the schedule of payments form.

DATED ___10/4___, 2006, in Anchorage, Alaska.

　　　　　　　　　　　　　　　　S/RRB
　　　　　　　　　　　　　　　　Ralph R. Beistline
　　　　　　　　　　　　　　　　United States District Court Judge