MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. RUSSELL DEAN CRONCE    CASE NO. 3:06-CR-00027-01-RRB
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:           DEBORAH M. SMITH

DEPUTY CLERK/RECORDER:          SAMANTHA LARK

UNITED STATES' ATTORNEY:        BRYAN SCHRODER

DEFENDANT'S ATTORNEY:           MICHAEL DIENI, APPOINTED

U.S.P.O.:                       CHRIS LIEDIKE

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED RELEASE (DKT 106) HEARING HELD 12/20/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:37 p.m. court convened.

 X Copy of Petition to Revoke Supervised Release given to defendant: read.

 X Defendant stated true name: same as above.

 X Defendant advised of general rights, charges and penalties.

 X Financial Affidavit **FILED**. Federal Public Defender accepted appointment; FPD notified.

 X Defendant **DENIED** allegations 1, 2, 3, 4, 5, 6 and 7 of the Petition to Revoke Supervised Release (DKT 106)

 X Evidentiary Hearing on Petition to Revoke Supervised Release (DKT 106) set for **January 3, 2008 at 10:00 a.m.** before U.S. Magistrate John D. Roberts.

 X Bond set at $2500.00 Unsecured; Appearance Bond **FILED**.

 X Order Setting Conditions of Release **FILED**.

 X Release Order **FILED**.

At 2:56 p.m. court adjourned.

NOTE: Original and one copy of Release Order hand delivered to U.S. Marshal Service.


DATE: December 20, 2007      DEPUTY CLERK'S INITIALS: sal

Revised 6-18-07