## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

### RELEASE ORDER

TO:  UNITED STATES MARSHAL

RE:  UNITED STATES OF AMERICA VS. _Russell Dean Crance_

CASE NO: _3:06-cr-00027-01-RRB_

------------------------------------------------------------

Defendant _Russell Dean Crance_ ,

has this date met the bail conditions indicated below and is ordered discharged from custody.

✔ **Released to** _Pretrial Service Officer_ , the third party custodian(s)

_____ Paid cash bail in the amount of _____ to the Clerk of Court

_____ Posted unsecured bond in the amount of _____

_____ Posted bond secured by ____ property or ____ surety in the amount of _____ with the Clerk of Court

_____ Surrendered passport to the Clerk of Court

_____ Other _____
_____
_____

Dated at _Anchorage_ , Alaska this _20th_ day of _December_ , 20_07_

**SIGNATURE REDACTED**

DEBORAH M. SMITH
U.S. MAGISTRATE JUDGE

Original & 1 cy to U.S. Marshal

(Rev 1/07)