AO 442  (Rev. 05/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA


RECEIVED
DEC 21 2007
CLERK, U.S. ...
ANCHORAGE, A.K.

UNITED STATES OF AMERICA

V.

Russell Dean Cronce

**WARRANT FOR ARREST**

Case Number: 3:06-CR-00027-01-RRB

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Russell Dean Cronce _____
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court

☐ Pretrial Release      ☐ Probation            ☒ Supervised Release   ☐ Violation Notice
  Violation Petition      Violation Petition       Violation

charging him or her with  (brief description of offense)

in violation of Title _____ United States Code, Section(s) _____

**REDACTED SIGNATURE**

Ralph R. Beistline                              /s/ Signature of Issuing Officer  12/17/07
Name of Issuing Officer

U.S. District Court Judge                       Anchorage
Title of Issuing Officer                         Date and Location

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named individual at 1220 LILAC ST. KENAI, AK |

| DATE RECEIVED 12/17/07 | NAME AND TITLE OF ARRESTING OFFICER DAVID LONG SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
|---|---|---|
| DATE OF ARREST 12/19/07 | | |