```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA

U.S.A. vs. RUSSELL DEAN CRONCE      CASE NO. 3:06-cr-00027-01-RRB
Defendant:  X Present  X On Bond

BEFORE THE HONORABLE:           JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:          APRIL KARPER

UNITED STATES' ATTORNEY:        BRYAN SCHRODER

DEFENDANT'S ATTORNEY:           MICHAEL DIENI

U.S.P.O.:                       CHRIS LIEDIKE

PROCEEDINGS: STATUS HEARING (EVIDENTIARY HEARING ON PETITION TO
             REVOKE SUPERVISED RELEASE (DKT 106))
             HELD JANUARY 3, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

At 10:09 a.m. court convened.

Court and counsel heard re parties stipulation to modify conditions of supervised release. Plaintiff to dismiss Petition to Revoke Supervised Release (Dkt 106) without prejudice after the stipulation is signed by the U.S. District Court Judge.

Defendant's conditions of release remain as previously set.

At 10:16 a.m. court adjourned.

DATE:    January 3, 2008        DEPUTY CLERK'S INITIALS:   amk

Revised 6-18-07