PROB 12B
(7/93)

# United States District Court
## for the
## District of Alaska



RECEIVED
JAN 0 4 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

**Request for Modification of Conditions or Term of Supervised Release
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Russell Dean Cronce                Case Number: 3:06-CR-00027-01-RRB

Sentencing Judicial Officer:   Ralph R. Beistline, U.S. District Court Judge

Date of Original Sentence:   September 28, 2006

Original Offense:   Conspiracy In Relation To Methamphetamine, Its Salts, Isomers Trafficking in violation of 21 U.S.C. §§ 846 and 841(a)(1) & (b)(1)(B); and
Unlawful Possession of a Stolen Firearm in violation of 18 U.S.C. §§ 922(j) and 924(a)(2)

Original Sentence:   24 months imprisonment and 3 years supervised release

Date Supervision Commenced: August 8, 2007

### PETITIONING THE COURT

[ ]   To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]   To modify the conditions of supervised release as follows:

1. "The defendant shall reside in a Community Correctional Center for a term of up to 180 consecutive days. The defendant shall comply with the rules and regulations of the center and may have available work release privileges from the center. Once the defendant has secured viable employment and a suitable residence, the U.S. Probation Officer has leave to effect the defendant's release from the Community Correctional Center."

2. "The defendant shall reside in Anchorage, Alaska during his term of supervised release unless otherwise approved by the probation officer if the defendant has secured viable employment and a verified residence outside of Anchorage."

### CAUSE

Refer to the Declaration attached to the Petition for Warrant for Offender Under Supervised Release located at docket number 106.

*Request for Modification of Conditions or Term*
*Name of Offender      :      Russell Dean Cronce*
*Case Number           :      3:06-CR-00027-01-RRB*

Respectfully submitted,

REDACTED SIGNATURE

Chris Liedike
U.S. Probation/Pretrial Services Officer
Date: January 2, 2008

Approved by:

REDACTED SIGNATURE

Eric D. Odegard
Supervising U.S. Probation Officer

---

**THE COURT ORDERS:**

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other: _____

REDACTED SIGNATURE

Ralph R. Beistline
U.S. District Court Judge

Date: 1/4/08

-2-

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
# DISTRICT OF ALASKA

**U.S.A. v Russell Dean Cronce**                    **Docket No. 3:06-CR-00027-01-RRB**

     I, _Russell D. Cronce_, have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

     I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

1. "The defendant shall reside in a Community Correctional Center for a term of up to 180 consecutive days. The defendant shall comply with the rules and regulations of the center and may have available work release privileges from the center. Once the defendant has secured viable employment and a suitable residence, the U.S. Probation Officer has leave to effect the defendant's release from the Community Correctional Center."

2. "The defendant shall reside in Anchorage, Alaska during his term of supervised release unless otherwise approved by the probation officer if the defendant has secured viable employment and a verified residence outside of Anchorage."

Signed: _X Russell Cronce_                    Date: _1-3-08_
          Russell D. Cronce
          Probationer or Supervised Releasee

Witness _REDACTED SIGNATURE_                    Date: _1-3-08_
          Chris Liedike
          U.S. Probation/Pretrial Services Officer