MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __RUSSELL DEAN CRONCE__ CASE NO. 3:06-CR-00027-01-RRB
Defendant: _X_Present _X_In Custody

BEFORE THE HONORABLE: _____JOHN D. ROBERTS_____

DEPUTY CLERK/RECORDER: _____ALEXIS GUTIERREZ_____

UNITED STATES' ATTORNEY: ____ANDREA STEWARD_____

DEFENDANT'S ATTORNEY: _____MICHAEL DIENI - **APPOINTED**_____

U.S.P.O.: _____CHRIS LIEDIKE_____

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE (DKT 132) HELD MAY 16, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:40 p.m. court convened.

_X_Copy of Petition to Revoke Supervised Release (DKT 132) given
   to defendant: read.

_X_Defendant sworn.

_X_Defendant stated true name:_____Same as above._____

_X_Defendant advised of general rights, charges and penalties.

_X_Financial Affidavit **FILED**. Federal Public Defender accepted
   appointment; FPD notified.

_X_Defendant **DENIED** allegations 1-9 and 11-13 of the Petition to
   Revoke Supervised Release (DKT 132). Court directed Probation
   Officer to either amend or dismiss allegation 10 of the
   Petition to Revoke Supervised Release (DKT 132) as soon as
   possible.

_X_Matter is referred to U.S. District Judge for:
_X_Final Disposition Hearing

_X_Order Setting Conditions of Release **FILED**.

_X_Release Order **FILED**.

_X_OTHER: Court and counsel heard re Defendant's Oral Motion to
   Release the Defendant to Cordova Center with conditions;
   **GRANTED.** Court and counsel heard re defendant's employment and
   possible positive Urine Analysis.

At 3:15 p.m. court adjourned.

NOTE: Original and one copy of Release Order hand delivered to
U.S. Marshal Service.

DATE:_____MAY 16, 2008_____ DEPUTY CLERK'S INITIALS:___AXG

Revised 6-18-07