IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

**RELEASE ORDER**

TO:  UNITED STATES MARSHAL

RE:  UNITED STATES OF AMERICA VS.  RUSSELL DEAN CRONCE

CASE NO:  3:06-CR-00027-01-RRB

---

Defendant  RUSSELL DEAN CRONCE  ,

has this date met the bail conditions indicated below and is ordered discharged from custody.

____Released to _pretrial services officer_____, ~~the third party custodian(s)~~

____Paid cash bail in the amount of _____ to the Clerk of Court

____Posted unsecured bond in the amount of _____

____Posted bond secured by ____ property or ____ surety in the amount of _____ with the Clerk of Court

____Surrendered passport to the Clerk of Court

____Other _Defendant to reside at Cordova Center._

_____

Dated at  Anchorage , Alaska this  16th  day of  May , 2008

SIGNATURE REDACTED

JOHN D. ROBERTS, U.S. MAGISTRATE JUDGE

Original & 1 cy to U.S. Marshal

(Rev 5/08)