AO 442    (Rev. 05/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Russell Cronce | **WARRANT FOR ARREST**<br><br>Case Number: 3:06-cr-00027-RRB-01 |

To: The United States Marshal
and any Authorized United States Officer



RECEIVED
MAY 20 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

YOU ARE HEREBY COMMANDED to arrest _____Russell Cronce_____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court

☐ Pretrial Release    ☐ Probation    ☒ Supervised Release    ☐ Violation Notice
  Violation Petition    Violation Petition    Violation

charging him or her with   (brief description of offense)

in violation of Title _____ United States Code, Section(s) _____

| | |
|---|---|
| Ralph R. Beistline<br>Name of Issuing Officer | REDACTED SIGNATURE<br>Signature of Issuing Officer |
| U.S. District Court Judge<br>Title of Issuing Officer | Anchorage   5/14/08<br>Date and Location |

### RETURN

This warrant was received and executed with the arrest of the above-named individual at

FEDERAL BUILDING, ANCHORAGE.

| DATE RECEIVED<br>5/15/2008 | NAME AND TITLE OF ARRESTING OFFICER<br>USMS | SIGNATURE OF ARRESTING OFFICER<br>For R Snyder  CPS. |
|---|---|---|
| DATE OF ARREST<br>5/16/2008 | | |