Michael D. Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>RUSSELL DEAN CRONCE,<br><br>　　　　　　Defendant. | Case No. 3:06-cr-0027-RRB<br><br>MOTION FOR BAIL REVIEW,<br>*Filed on Shortened Time* |

　　　　Defendant, Russell Dean Cronce, by and through counsel Michael D. Dieni, Assistant Federal Defender, moves this court for a bail review hearing.  He requests that the court consider releasing him to a third-party custodian with work release.  Notice has been given on this date of the proposed third-party custodian.

　　　　On Friday, May 16, 2008, the court authorized Mr. Cronce to return to the Cordova Center after Mr. Cronce had been arraigned for violations, including a dirty Urinalysis Test at the Cordova Center.  The release plan depended upon the Cordova Center taking him back, and all parties assumed they would be willing to do so.  After the

hearing, however, the parties found out for the first time that the Cordova Center will not take him back.

At the time the court granted the May 16 release order, the court concluded that it was important and valuable for Mr. Cronce to maintain the employment he had procured while at the Cordova Center. Mr. Cronce has since learned that if he is at work by no later than Friday, May 23, he can keep his job. For this reason, he requests that the matter be considered no later than Thursday, May 22.

DATED this 20th day of May, 2008.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on May 20, 2006, a copy of the foregoing document, with attachments, was served electronically on:

David A. Nesbett, Esq.

/s/ Michael D. Dieni