UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>RUSSELL DEAN CRONCE,<br><br>        Defendant. | Case No. 3:06-cr-0027-RRB<br><br>**PROPOSED<br>ORDER SCHEDULING<br>BAIL REVIEW HEARING*** |

After due consideration of defendant's Motion for Bail Review, Filed on Shortened Time, the court GRANTS/DENIES the motion. A bail review hearing is set for May _____, 2008, at _____ a.m./p.m.

DATED _____, 2006, in Anchorage, Alaska.

_____
John D. Roberts
United States Magistrate Judge