```
                 MINUTES OF THE UNITED STATES DISTRICT COURT
                             DISTRICT OF ALASKA
```

U.S.A. vs.  RUSSELL DEAN CRONCE    CASE NO. 3:06-CR-00027-01-RRB
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:       JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:      ALEXIS GUTIERREZ

UNITED STATES' ATTORNEY:    BRYAN SCHRODER

DEFENDANT'S ATTORNEY:       MICHAEL DIENI

U.S.P.O.:                   CHRIS LIEDIKE

PROCEEDINGS: BAIL HEARING REVIEW HELD MAY 22, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:35 p.m. court convened.

Court and counsel heard re defendant's Oral Motion to Release the Defendant to Proposed Third Party Custodian with Conditions.

Willow Frederika Slwooko-Hunter sworn and testified on behalf of the Defendant as Proposed Third Party Custodian.

Arguments Heard.

Court heard re defendant's Oral Motion to Release the Defendant to Proposed Third Party Custodian with Conditions; **DENIED.**

Order of Detention Pending Trial; **FILED.**

Defendant's detention continued.

List of Witnesses to be filed separately.

At 1:56 p.m. court adjourned.

**OFF RECORD NOTE:** The parties are advised that in light of the defendant's detention the orders at Docket 135, Order of Release and 136, Order Setting Conditions of Release are hereby **VACATED.**

DATE:      MAY 22, 2008        DEPUTY CLERK'S INITIALS:   AXG

Revised 6-18-07