UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>RUSSELL DEAN CRONCE,<br><br>    Defendant. | Case No. 3:06-cr-0027-RRB<br><br>**PROPOSED<br>ORDER SCHEDULING HEARING** |

   After due consideration of defendant's Motion for Hearing, filed on shortened time, the court GRANTS/DENIES the motion. A hearing is hereby set for _____, 2008, at _____ a.m./p.m.

   DATED _____, 2008, in Anchorage, Alaska.

                _____
                    John D. Roberts
                United States Magistrate Judge