Michael D. Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>   vs.<br><br>RUSSELL DEAN CRONCE,<br><br>          Defendant. | Case No. 3:06-cr-0027-RRB<br><br>MOTION TO RESET<br>ADJUDICATION/DISPOSITION,<br>*filed on shortened time* |

Defendant, Russell Dean Cronce, by and through counsel Michael D. Dieni, Assistant Federal Defender, moves this court for an order resetting Mr. Cronce's adjudication hearing from the current date of July 23, 2008, to a date after July 30, 2008. Counsel for Mr. Cronce will out of the office on leave of absence from July 22 to July 30.

Counsel for the government, Assistant United States Attorney Bryan Schroder, is in trial in Fairbanks this week and could not be reached for his position regarding this motion.

///

///

DATED this 15th day of July, 2008.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on July 15, 2008, a copy of the
foregoing document, with attachments, was
served electronically on:

David A. Nesbett, Esq.

/s/ Michael D. Dieni

2