UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>RUSSELL DEAN CRONCE,<br><br>        Defendant. | Case No. 3:06-cr-0027-RRB<br><br>**PROPOSED<br>ORDER RESCHEDULING HEARING** |

After due consideration of defendant's Motion to Reset Adjudication/Disposition, filed on shortened time, the court GRANTS the motion. Defendant's adjudication/disposition hearing is reset from July 23, 2008, to _____, 2008, at _____ a.m./p.m.

DATED _____, 2008, in Anchorage, Alaska.

_____
Ralph R. Beistline
United States District Court Judge