Michael D. Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>RUSSELL DEAN CRONCE,<br><br>               Defendant. | Case No. 3:06-cr-0027-RRB<br><br>DEFENDANT'S PRE-DISPOSITION MEMORANDUM,<br>*filed on shortened time* |

Defendant, Russell Dean Cronce, by and through counsel Michael D. Dieni, Assistant Federal Defender, submits his pre-disposition memorandum.

The parties have agreed that Mr. Cronce will admit to allegations 1, 3, 10 and 13 of the pending petition, and the remaining allegations will be dismissed.  The parties, including probation, will jointly recommend a four month period of supervision, and Mr. Cronce will be assessed for potential out-patient drug counseling.

Mr. Cronce does have a few objections to the probation officer's violation dispositional report.

First, he objects to any allegation that he has used opiates as suggested in paragraphs 42 and 80.

Second, he objects to the suggestion that a firearm was out and present at any time he resided at Chris Cronce's house. If a gun was there when Mr. Russell Cronce stayed there, he did not have access to it.

Mr. Cronce also objects to the probation officer's proposed new condition of supervised release that would prohibit Mr. Cronce from possession and moderate use of alcoholic beverages. Alcohol has never been a substance abuse problem for Mr. Cronce and he does not believe that this restriction on his liberty is reasonably necessary. 18 U.S.C. 3583(d)(2). Mr. Cronce acknowledges that excessive consumption is always prohibited under the standard conditions. A condition forbidding "consumption to excess" is all that is necessary at this time.

DATED this 31st day of July, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on July 31, 2008, a copy of the foregoing document, with attachments, was served electronically on:

David A. Nesbett, Esq.
Asst. U.S. Attorney
222 W. 7th Avenue
Anchorage, AK  99513

/s/ Michael D. Dieni