```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. RUSSELL DEAN CRONCE      CASE NO. 3:06-CR-00027-01-RRB
Defendant:  X Present  X In Custody

BEFORE THE HONORABLE:          RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:         APRIL KARPER / COLLEEN YORK

UNITED STATES' ATTORNEY:       BRYAN SCHRODER

DEFENDANT'S ATTORNEY:          MICHAEL DIENI

U.S.P.O.:                      CHRIS LIEDIKE

PROCEEDINGS: DISPOSITION HEARING ON PETITION TO REVOKE SUPERVISED
             RELEASE (DKT 106) AND AMENDED SUPPLEMENTAL PETITION
             TO REVOKE SUPERVISED RELEASE (DKT 148)
             (EVIDENTIARY HEARING) HELD AUGUST 1, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:16 a.m. court convened.

 X Defendant sworn.

 X Defendant stated true name: Same as above.      Age:   21

 X Defendant advised of general rights.

 X Defendant **ADMITTED** allegations 1 and 3 of the Petition to
   Revoke Supervised Release (Dkt 106) and allegations 10 and 13
   of the Amended Supplemental Petition to Revoke Supervised
   Release.

 X FINAL DISPOSITION HEARING:

   X Supervised Release revoked.

   X Defendant imprisoned for a period of 4 months.


                    CONTINUED ON PAGE 2

DATE:       August 1, 2008         DEPUTY CLERK'S INITIALS:  AMK

Revised 6-18-07

```
                    CONTINUATION - PAGE 2
                U.S.A. vs. RUSSELL DEAN CRONCE
                     3:06-CR-00027-01-RRB
   DISPOSITION HEARING ON PETITION TO REVOKE SUPERVISED RELEASE
(DKT 106) AND AMENDED SUPPLEMENTAL PETITION TO REVOKE SUPERVISED
                        RELEASE (DKT 148)
                        August 1, 2008
```
--------------------------------------------------------------------

 X  Defendant to serve term of supervised release for a period of
    24 months  under the usual terms and conditions with special
    conditions of supervised release as stated in the amended
    judgment and additional terms as stated in the 2nd amended
    judgment.

 X  Defendant remanded to the custody of the U.S. Marshal.

 X  OTHER: Plaintiff's oral motion to dismiss allegations 2 and
    4-7 of the Petition to Revoke Supervised Release (Dkt 106) and
    allegations 8, 9, 11, and 12 of the Amended Supplemental
    Petition to Revoke Supervised Release (Dkt 148); **GRANTED.**

At 10:43 a.m. court adjourned.




DATE:      August 1, 2008         DEPUTY CLERK'S INITIALS:   AMK


Revised 6-18-07