

RECEIVED
AUG 01 2008
CLERK, U.S. DISTRICT

## UNITED STATES DISTRICT COURT
### District of Alaska

UNITED STATES OF AMERICA,

vs.

RUSSELL DEAN CRONCE

2ND **AMENDED JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or
Supervised Release)
For Offenses Committed On or After
November 1, 1987
(Original Judgment filed <u>9/29/2006</u>)
Case Number: <u>3:06-CR-00027-01-RRB</u>
<u>Michael Dieni</u>
Defendant's Attorney

Defendant's probation officer filed a petition on <u>12/17/2007 and an</u> <u>amended supplemental petition on 5/28/08</u> accusing defendant of <u>13</u> violations of the conditions of supervision provided in the original judgment.  Defendant <u>admitted allegations 1 and 3 of the Petition to Revoke</u> <u>Supervised Release and allegations 10 and 13 of the Amended Supplemental</u> <u>Petition to Revoke Supervised Release.</u>  All necessary hearings have been conducted.  The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Standard | Positive UA | 12/10/07 | C |
| 3 | Standard | Use of Marijuana | 10/05/07 | C |
| 10 | Standard | Contact with Felon | 03/30/08 | C |
| 13 | Standard | Positive UA | 04/30/08 | C |

The court finds that the following accusations are not proved: _____.
The court concludes that the conditions of supervision set forth in the court's original judgment are subject to  [_] modification or
[X] revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through <u>3</u> of this amended judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

August 1, 2008
Date of Disposition Hearing

SIGNATURE REDACTED

Signature of Judicial Officer
RALPH R. BEISTLINE, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

August 1, 2008
Date

Defendant: RUSSELL DEAN CRONCE                    2ND Amended Judgment--Page 2 of 3
Case No.:   3:06-CR-00027-01-RRB

## IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE/PROBATION

Defendant's supervised release [X]  probation [_]  having been revoked,
the defendant is hereby committed to the custody of the United States
Bureau of Prisons to be imprisoned for a term of 4 months.


[_]  The court makes the following recommendations to the Bureau of
     Prisons:


[X]  The defendant is remanded to the custody of the United States Marshal.
[_]  The defendant shall surrender to the United States Marshal for this
     district,
                     a.m.
          [_]  at _____ p.m.  on _____.
[_]  The defendant shall surrender for service of sentence at the
     institution designated by the Bureau of Prisons,
          [_]  before 2 p.m. on _____.
          [_]  as notified by the United States Marshal.
          [_]  as notified by the probation office.

### RETURN

     I have executed this judgment as follows:

_____

_____

_____

_____


Defendant delivered on _____ to _____ at

_____, with a certified copy of this judgment.


                                   _____
                                             United States Marshal

                                   By _____
                                              Deputy Marshal

AO245.REV

Defendant: RUSSELL DEAN CRONCE                    2ND Amended Judgment--Page 3 of 3
Case No.:   3:06-CR-00027-01-RRB

## PROBATION/SUPERVISED RELEASE (MODIFIED)

Defendant's supervised release [X] probation[_] is modified as follows:

1.   The defendant is not to possess and/or consume any alcoholic beverage.

2.   The defendant is to abide by all other conditions listed in the Amended Judgment dated October 5, 2006.

3.   The defendant is to abide by the conditions modified on January 4, 2008, in the Request for Modification with the exception of residing at the halfway house for up to 180 days.

The term of supervision is not [_] is[X] extended as follows:

24 months of Supervised Release re-imposed.

Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment and amended judgment shall remain in effect.

AO245.REV